144 A.3d 714

STATE of Maryland

v.

CRENSHAW, Mullie D.

Pet. Docket No. 579, Sept. Term, 2015

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

144 A.3d 714

STATE of Maryland

v.

GRIGGS, Thomas

Pet. Docket No. 587, Sept.Term, 2015

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.